BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org


Counsel for Defendant
MICHAEL ROGERS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-00042 SBA |
| Plaintiff, | |
| vs. | ORDER FOR CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161(H)(7)(A) & (B)(iv) |
| MICHAEL ARTHUR ROGERS | |
| Defendant. | |

## ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS:

1) The ends of justice served by the granting of the continuance from September 9, 2010 until October 19, 2010 outweigh the best interests of the public and the defendant in a speedy and public trial because additional investigation and review are necessary to the defense preparation of the case. Additional time is thus needed for effective preparation of counsel, as well as continuity of counsel.

CR-10-00042 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time Under the Speedy
Trial Act                                                                 1

1  Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy
2  trial act, 18 U.S.C. Section 3161(H)(7)(A) and (B)(iv) until October 19, 2010.
3  IT IS FURTHER ORDERED that the STATUS HEARING date of September 9, 2010,
4  scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for
5  October 19, 2010 at 9:00 a.m.
6  DATED: 9/7/10

_____
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

CR-10-00042 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time Under the Speedy
Trial Act                                    2