1  BARRY J. PORTMAN
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6
   Counsel for Defendant
7  MICHAEL ROGERS

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,         )   No. CR-10-00042 SBA
12                                   )
               Plaintiff,            )
13                                   )   [PROPOSED] ORDER FOR
   vs.                               )   CONTINUANCE OF STATUS HEARING
14                                   )   AND EXCLUSION OF TIME UNDER THE
   MICHAEL ARTHUR ROGERS             )   SPEEDY TRIAL ACT, 18 U.S.C. SECTION
15                                   )   3161(H)(7)(A) & (B)(iv)
               Defendant.            )
16 _____   )

17                         **ORDER**

18      Based on the reasons provided in the stipulation of the parties above, the court hereby

19 FINDS:

20      1) The ends of justice served by the granting of the continuance from October 19, 2010 until

21 November 2, 2010 outweigh the best interests of the public and the defendant in a speedy and public

22 trial because additional investigation and review are necessary to the defense preparation of the case.

23 Additional time is thus needed for effective preparation of counsel, as well as continuity of counsel.

24      Based on these findings, IT IS HEREBY ORDERED that time be excluded under the speedy

25

26 CR-10-00042 SBA
   [Proposed] Order for Continuance of Status
   Hearing and Exclusion of Time Under the Speedy
   Trial Act                                    1

1   trial act, 18 U.S.C. Section 3161(h)(7)(A)and (B)(iv) until November 2, 2010.

2       IT IS FURTHER ORDERED that the STATUS HEARING date of October 19, 2010,

3   scheduled at 9:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for

4   **November 2, 2010 at 9:00 a.m.**

5   DATED: 10/18/10

6   _____
    HON. SAUNDRA BROWN ARMSTRONG
7   UNITED STATES DISTRICT JUDGE

26  CR-10-00042 SBA
    [Proposed] Order for Continuance of Status
    Hearing and Exclusion of Time Under the Speedy
    Trial Act                                         2