1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Acting Chief, Criminal Division

4  TREVOR RUSIN  (CABN 241940)
   Special Assistant United States Attorney
5
     1301 Clay Street, Suite 340S
6    Oakland, CA 94612
     Telephone: (510) 637-3695
7    Fax: (510) 637-3724
     E-Mail: trevor.rusin@usdoj.gov
8

9  Attorneys for the United States of America

10
                        UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13

| UNITED STATES OF AMERICA, | ) | No. CR 10-00042 SBA |
|---|---|---|
|  | ) |  |
| v. | ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 3, 2010, TO DECEMBER 2, 2010, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)) |
| MICHAEL ARTHUR ROGERS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

20        For the reasons stated in open court and to which the parties stipulated on

21  November 3, 2010, the Court ordered time excluded under the Speedy Trial Act from November

22  3, 2010, to December 2, 2010, to allow for continuity of counsel and effective preparation of

23  counsel as new counsel for the defendant requires additional time to review discovery.  The

24  Court found that (A) failure to grant the continuance would unreasonably deny the defendant the

25  reasonable time necessary for effective preparation of counsel, taking into account the exercise

26  of due diligence and continuity of counsel issues, and (B) the ends of justice served by the

27  //

28  //

[*United States* v. *Rogers*, CR 10-00042-SBA]
[Order Excluding Time]

1 | continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18
2 | U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).
3 |
4 |         IT IS SO ORDERED.
5 |
6 | DATED: November 16, 2010
7 |                                                LAUREL BEELER
                                                   United States Magistrate Judge

[*United States* v. *Rogers*, CR 10-00042-SBA]
[Order Excluding Time]