BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
MICHAEL ROGERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-00042 SBA |
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |
| v. | |
| MICHAEL ARTHUR ROGERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea or trial setting date of December 2, 2010 presently scheduled at 10:00 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for January 5, 2011 at 10:00 a.m., before the Oakland Duty Magistrate, for status or trial setting hearing.

The reason for this request is that Ellen Leonida, the undersigned Assistant Federal Public Defender, recently discovered that there is additional discovery in this case, which she will receive

1
2  today, December 1, 2010.  Additionally, counsel must conduct further investigation in this matter
3  and it cannot be completed prior to the currently scheduled hearing date.
4      The parties agree and stipulate that the time until January 5, 2010 should be excluded,
5  under 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance
6  outweigh the bests interests of the public and the defendant in a speedy and public trial. The
7  continuance is necessary to accommodate counsel's preparation efforts.
8
9  Date: December 1, 2010            /s/
                                     Ellen V. Leonida
10                                   Assistant Federal Public Defender
                                     Counsel for defendant MICHAEL ROGERS
11
12
13 Date: December 1, 2010            /s/
                                     Trevor L. Rusin
14                                   Assistant United States Attorney
15
      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
16 within this efiled document.         /S/ Ellen V. Leonida
                                     Counsel for Defendant Michael Rogers
17
18
19
20
21
22
23
24
25
26

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 5, 2011 at 10:00 a.m., before the Oakland Duty Magistrate, and that time is excluded from December 2, 2010 until January 5, 2011 pursuant to 18 U.S.C. § 3161(h)(7)(a).

IT IS SO ORDERED.

12/1/2010
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE