1  BARRY J. PORTMAN
   Federal Public Defender
2  ELLEN V. LEONIDA
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500
   Facsimile: (510) 637-3507
5  ellen_leonida@fd.org

6  Counsel for Defendant
   MICHAEL ROGERS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CR 10-00042 SBA |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |
| v. | |
| MICHAEL ARTHUR ROGERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea or trial setting date of January 5, 2011 presently scheduled at 10:00 a.m., before the Hon. Donna M. Ryu, be vacated and re-set for January 19, 2011 at 10:00 a.m., before the Oakland Duty Magistrate, for ~~change of plea~~ status or trial setting.

The reason for this request is that Ellen Leonida, the undersigned Assistant Federal Public Defender, is conducting investigation in this matter which cannot be completed prior to the currently

CR-10-00042 SBA
Stipulation to Continuance and Exclusion of Time

1

1
2  scheduled hearing date.
3       The parties agree and stipulate that the time until January 19, 2011 should be excluded,
4  under 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance
5  outweigh the bests interests of the public and the defendant in a speedy and public trial. The
6  continuance is necessary to accommodate counsel's preparation efforts.
7
8  Date: January 3, 2011                  /s/
                                          Ellen V. Leonida
9                                         Assistant Federal Public Defender
                                          Counsel for defendant MICHAEL ROGERS
10
11
   January 3, 20111, 2010                 /s/
12                                        Trevor L. Rusin
                                          Assistant United States Attorney
13
14       I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
   within this efiled document.            /S/ Ellen V. Leonida
15                                         Counsel for Defendant Michael Rogers
16
17
18
19
20
21
22
23
24
25
26

1

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to January 19, 2011 at 10:00 a.m., before the Oakland Duty Magistrate, and that time is excluded from January 5, 2011 until January 19, 2011 pursuant to 18 U.S.C. § 3161(h)(7)(a).

IT IS SO ORDERED.

 1/4/2011
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE