BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
ellen_leonida@fd.org

Counsel for Defendant
MICHAEL ROGERS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ARTHUR ROGERS,<br><br>Defendant. | CR 10-00042 SBA<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of March 2, 2011 at 9:30 a.m., be vacated and re-set for March 16, 2011 at 9:30 a.m., before the Oakland Duty Magistrate, for status hearing.

The reason for this request is that Ellen Leonida, the undersigned Assistant Federal Public Defender, is conducting investigation in this matter which cannot be completed prior to the currently scheduled hearing date.

The parties agree and stipulate that the time until March 16, 2011 should be excluded,

CR-10-00042 SBA
Stipulation to Continuance and Exclusion of Time

1

under 18 U.S.C. §3161(h)(7)(A) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date: March 1, 2011              /s/
                                 Ellen V. Leonida
                                 Assistant Federal Public Defender
                                 Counsel for defendant MICHAEL ROGERS

Date: March 1, 2011              /s/
                                 Trevor L. Rusin
                                 Assistant United States Attorney

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.              /S/ Ellen V. Leonida

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel.  Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to March 16, 2011 at 9:30 a.m., before the Oakland Duty Magistrate, and that time is excluded until March 16, 2011 pursuant to 18 U.S.C. § 3161(h)(7)(a).

IT IS SO ORDERED.

 3/1/2011
Date

HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE